## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

Mr. Gregory Greene
*C-Tech Industries LLC*
    *t/a Global Electronics*
8302 Foxknoll Drive West
Chester, OH 45069

*[signature]*
Mary E. Augustine (No. 4477)

617347v1